FRANK J. MARTONE, P.C.
1455 BROAD STREET
BLOOMFIELD, NJ 07003
(973) 473-3000
ATTORNEYS FOR PLAINTIFF

1958.0002

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>V.<br><br>HARRIET AHMELS, HER HEIRS, DEVISEES AND PERSONAL REPRESENTATIVES AND HERS, THEIRS, OR ANY OF THEIR SUCCESSORS IN RIGHT, TITLE AND INTEREST; JOHN PATRICK HANSEN; MRS. JOHN PATRICK HANSEN, HIS WIFE; KAREN JODAL; MR. KAREN JODAL, HER HUSBAND; ROBERT HANSEN; MRS. ROBERT HANSEN, HIS WIFE; JOHN PETER HANSEN; MRS. JOHN PETER HANSEN, HIS WIFE; JEANNE LUCKNER; MR. JEANNE LUCKNER, HER HUSBAND; STATE OF NEW JERSEY; A COUNTRY PLACE CONDOMINIUM ASSOCIATION INC.<br><br>Defendant(s) | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil No.: 09-3237<br><br>**PROOF OF MAILING** |

TO:   MRS. JOHN PETER HANSEN, HIS WIFE
      42 PARK HILL DRIVE, APT. 1
      SELDEN, NY 11784

As required by the Rules of Court and by Statute, I enclose copies of:

MORTGAGE FORECLOSURE COMPLAINT, FIRST AMENDMENT TO COMPLAINT, SECOND AMENDMENT TO COMPLAINT and SUMMONS TWENTY DAY (20) SENT CERTIFIED MAIL RETURN RECEIPT REQUESTED AND REGULAR MAIL

I, the undersigned, a Paralegal in the office of Frank J. Martone, P.C., did on the 18th day of September, 2009, mail the items set forth above to the names and addresses shown by Certified Mail, Return Receipt Requested and regular mail.

I hereby certify that the within statements made by me are true. I am aware that if any statement made by me is wilfully false, I am subject to punishment.

Dated:  9-18-09

_____
Sarai Sameth
Paralegal